GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE, SBN 180578
  sliversidge@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GIBSON, DUNN & CRUTCHER LLP
COURTNEY L. SPEARS, SBN 329521
  cspears@gibsondunn.com
3161 Michelson Dr., Suite 1200
Irvine, California 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendants
Ticketmaster, LLC and
Live Nation Entertainment, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Trident Concert Productions, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>Ticketmaster, LLC, a Virginia Limited liability company; Live Nation Entertainment, Inc., a Delaware Corporation; ASM Global Theater Management, LLC, a Delaware Limited Liability Company; City of Los Angeles; Karen Bass, Mayor of the City of Los Angeles; City of Los Angeles Department of Recreation and Parks; Renata Simril, Commissioner of the Los Angeles Department of Recreation and Parks; Luis Sanchez, Commissioner of the Los Angeles Department of Recreation and Parks; Marie Lloyd, Commissioner of the Los Angeles Department of Recreation and Parks; Fiona Hutton, Commissioner of the Los Angeles Department of Recreation and Parks; Benny Tran, Commissioner of the Los Angeles | CASE NO. 2:25-cv-09025-CV-PVC<br><br>**DEFENDANTS TICKETMASTER, LLC AND LIVE NATION ENTERTAINMENT, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)** |

| | |
|---|---|
| 1 | Department of Recreation and Parks; Kristen Sten General Manager of the Greek Theater, Owned and Operated by the Los Angeles Department of Recreation and Parks; and DOES 1 through 10, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Ticketmaster, LLC ("Ticketmaster") and Live Nation Entertainment, Inc. ("Live Nation") hereby disclose and certify that, as of November 20, 2025: (1) Ticketmaster is a Virginia liability company with its principal place of business in Beverly Hills, California; (2) Ticketmaster is a wholly-owned subsidiary of Live Nation, a publicly-traded company; and (3) according to public records, Liberty Media Corporation owns more than 10% of the outstanding stock of Live Nation.

DATED: November 20, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jay P. Srinivasan*
Jay P. Srinivasan

Attorneys for Defendants Ticketmaster, LLC and Live Nation Entertainment, Inc.

Gibson, Dunn & Crutcher LLP