Konrad L. Trope (SBN: 133214)
TROPE AND TROPE
9777 Wilshire Boulevard, Suite 400
Beverly Hills, California 90212
Telephone: (818) 575-7423
Email: ktrope@tropeandtrope.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Trident Concert Productions, LLC, a Nevada Limited Liability Company,

Plaintiff(s),

v.

Ticketmaster, LLC, a Virginia Limited liability company, et al.,

Defendant(s).

CASE NUMBER

2:25-cv-09025-CV-PVC

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Live Nation Entertainment, Inc.; Karen Bass, Mayor of the City of Los Angeles; City of Los Angeles Department of Recreation and Parks; [see Attachment "1" hereto] is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

June 15, 2026
_____
*Date*

*Konrad L. Trope*
_____
*Signature of Attorney/Party*

**NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**

Attachment "1"

NOTICE OF DISMISSAL PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

**ADDITIONAL PARTIES TO DISMISS:**

Renata Simril, Commissioner of the Los Angeles Department of Recreation and Parks;

Luis Sanchez, Commissioner of the Los Angeles Department of Recreation and Parks;

Marie Lloyd, Commissioner of the Los Angeles Department of Recreation and Parks;

Fiona Hutton, Commissioner of the Los Angeles Department of Recreation and Parks;

Benny Tran, Commissioner of the Los Angeles Department of Recreation and Parks